IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01453-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

LEE B. JOHNSON,

    Plaintiff,

v.

YELLOW CAB CO.,

    Defendant.

___

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES
___

Plaintiff, Lee B. Johnson, currently resides in Denver, Colorado.  Mr. Johnson has submitted a Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that the submitted documents are deficient as described in this Order.  Mr. Johnson will be directed to cure the following in order to pursue any claims in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   ___   is not submitted
(2)   ___   is not on proper form (must use the Court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit
(5)   _X_   affidavit is incomplete
(6)   ___   affidavit is not notarized or is not properly notarized
(7)   ___   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other: § 1915 Motion and Affidavit are not filed on the current court-approved form.  (**Plaintiff must resubmit the motion on the**

**"Application to Proceed in District Court without Prepaying Fees or Costs" (AO 239; Rev. 12/13**).

**Complaint or Petition**:
(9)  ___  is not submitted
(10) ___  is not on proper form (must use the Court's current form)
(11) ___  is missing an original signature by Plaintiff
(12) _X_  is incomplete **(Page 6, "Request for Relief" has not been filled out)**.
(13) ___  uses et al. instead of listing all parties in caption
(14) ___  names in caption do not match names in text
(15) ___  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16) ___  other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Johnson files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Johnson shall obtain the Court-approved forms used in filing an Application to Proceed in District Court without Prepaying Fees or Costs" (AO 239; Rev. 12/13) and a Complaint, along with the applicable instructions, at www.cod.uscourts.gov. Plaintiff may also obtain copies of the court-approved forms at the United States District Court Clerk's Office, located at 901 19th Street, Denver, Colorado. It is

FURTHER ORDERED that if Mr. Johnson fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED May 27, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge